UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40033 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| vs. | |
| CALVIN W. PELICHET, a/k/a CALVIN W. PELLICHET, | |
| Defendant. | |

TO: THE HONORABLE VERONICA L. DUFFY, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA:

The application of Jeremy R. Jehangiri, Assistant United States Attorney for the District of South Dakota, respectfully shows to the Court that Calvin W. Pelichet, a/k/a Calvin W. Pellichet, Defendant in this action, is now confined in the Ada County Jail, Boise, Idaho; that on May 8, 2019, said Defendant was indicted by a grand jury on the charges of conspiracy to commit wire fraud and wire fraud; and that it is necessary that said Defendant, now held in custody by the Warden, be personally produced in this Court for an initial appearance hearing on said charges on June 12, 2019, or any other date as ordered by the Court for such hearing.

WHEREFORE, it is prayed that pursuant to 28 U.S.C. § 2241(c)(5), a Writ of Habeas Corpus Ad Prosequendum regarding the above-named Defendant issue to the Warden of the Ada County Jail, and to the United States Marshal

[2]

for the District of South Dakota, according to the practice of this Court, and that said Defendant be kept in the custody of the United States Marshals Service until the conclusion of all proceedings in this matter or further order of the Court.

Dated and electronically filed this 10th day of May, 2019.

        RONALD A. PARSONS, JR.
        United States Attorney

        */s/JEREMY R. JEHANGIRI*
        Jeremy R. Jehangiri
        Assistant United States Attorney
        P.O. Box 2638
        Sioux Falls, SD 57101-2638
        Telephone:  (605)357-2353
        Facsimile:  (605)330-4410
        E-Mail:  jeremy.jehangiri@usdoj.gov