# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Lawrence L. Piersol United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #1 | Date – November 18, 2019 |
| U.S. Probation Officer – Natalie Kaufman | |

4:19-CR-40033-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Calvin W. Pelichet a/k/a Calvin Pellichet<br><br>Defendant. | Jeremy Jehangiri<br><br><br><br><br><br>Clint Sargent |

TIME HEARING SCHEDULED TO BEGIN: 3:30 p.m.

TIME:

3:45 p.m.    Enter Contested Sentencing Hearing

             Witnesses:
             Molly Rigby
             Richard Marks

             Defendant sentenced to 24 months imprisonment; 3 years supervised release; $100 special assessment; restitution ordered.

5:08 p.m.    Court in recess.