DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

Southern Division

United States of America

V.

Calvin W. Pelichet a/k/a Calvin W. Pellichet

**EXHIBIT LIST**

Case Number:  4:19-cr-40033-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lawrence L. Piersol, United States District | Jeremy Jehangiri | Clint Sargent |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| November 18, 2019 | Jill Connelly | SLW |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 |  | 11/18/19 | X | Rigby letter |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.